# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-40015-SMY |
| | ) | |
| DALTON L. FLEMING, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Casey E. A. Bloodworth, Assistant United States Attorney, and moves this Honorable Court to continue the current sentencing hearing, set for June 9, 2022. In support of this motion, it is stated:

1. This matter is currently set for sentencing on June 9, 2022. R. 69.

2. This matter was originally scheduled for sentencing on March 3, 2022. R. 56. Following objections to the Initial Presentence Report, and responses to those objections, the Government filed a Notice of Intent to Call Witnesses at Sentencing. R. 66. Based on those objections, and the anticipated length of the Government's disclosed witnesses, this matter was reset to its current setting. R. 69.

3. On November 9, 2021, this Court entered its standard Order for Presentence Procedure. R. 57. That order required the parties to notify the Court of its potential witnesses no later than seven days prior to sentencing, with service to the opposing party.

4. Today, June 8, 2022, defendant filed his Notice of Defendant's Intent to Call Witnesses. R. 70. In addition to witnesses on the Government's February 18, 2022 disclosure, defendant lists two additional witnesses.

5. The proposed testimony of these two additional witnesses appears, at least in part, to be outside any of the discovery exchanged by the parties during the pendency of this matter, including some sort of homicide investigation.

6. The Government is not in a position to evaluate or investigate the subject matter or proposed witnesses' testimony at the current time. The undersigned Government counsel has pending obligations and hearings with this Court for the remainder of June 8, 2022. There is simply insufficient time for the Government to evaluate or investigate the nature, relevancy, or applicability of these newly disclosed witnesses' proposed testimony.

WHEREFORE, the United States of America respectfully requests that this Honorable Court continue the June 9, 2022 sentencing hearing for a period of seven days, or to a future date as this Court's schedule allows.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

**s/ Casey E. A. Bloodworth**
CASEY E. A. BLOODWORTH
Assistant United States Attorney
402 West Main Street
Benton, IL 62812
(618) 439-3808
Fax: (618) 439-2401
E-mail: Casey.Bloodworth@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2022, I electronically filed the Government's

**MOTION TO CONTINUE SENTENCING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

David Lawler
Attorney for Defendant

and any other registered party.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


**s/ Casey E. A. Bloodworth**
Casey E. A. Bloodworth